OSCN Found Document:BOWLDS v. STATE

 

 
 

 
 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only

 
 
 

 
 BOWLDS v. STATE
2024 OK CR 19
Case Number: F-2021-1155
Decided: 07/18/2024
CHARLES RANDY BOWLDS, JR., Appellant v. THE STATE OF OKLAHOMA, Appellee

Cite as: 2024 OK CR 19, __ __

 

 

ORDER TO PUBLISH

¶1 On June 19, 2024, Appellee, the State of Oklahoma, by and through Attorney General Gentner F. Drummond, filed a Motion To Publish Opinion in the above-styled case. The Attorney General asserts that publication of this Court's Summary Opinion herein (Bowlds v. State, Case No. F-2021-1155 (June 6, 2024), not for publication) is warranted because it addressed the issue of re-appointment of counsel after a valid prior waiver of counsel.

¶2 Appellee's Motion to Publish is GRANTED. The Clerk of this Court is hereby directed to designate the Summary Opinion issued on June 6, 2024, as "For Publication." The unpublished opinion is withdrawn and substituted with 2024 OK CR 20, Bowlds. V. State.

¶3 IT IS SO ORDERED.

¶4 WITNESS OUR HANDS AND THE SEAL OF THIS COURT this 18th day of July, 2024.

/s/SCOTT ROWLAND, Presiding Judge

/s/WILLIAM J. MUSSEMAN, Vice Presiding Judge

/s/GARY L. LUMPKIN, Judge

/s/DAVID B. LEWIS, Judge

/s/ROBERT L. HUDSON, Judge

ATTEST:
/s/John D. Hadden
Clerk

 

 Citationizer© Summary of Documents Citing This Document
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 

 
 
 
 

 
 

 
 
 
 oscn
 
 EMAIL: webmaster@oscn.net
 Oklahoma Judicial Center
 2100 N Lincoln Blvd.
 Oklahoma City, OK 73105
 
 
 courts
 
 Supreme Court of Oklahoma
 Court of Criminal Appeals 
 Court of Civil Appeals
 District Courts
 
 
 
 decisions
 
 New Decisions
 Supreme Court of Oklahoma
 Court of Criminal Appeals
 Court of Civil Appeals
 
 
 
 programs
 
 The Sovereignty Symposium
 
 Alternative Dispute Resolution
 Early Settlement Mediation
 Children's Court Improvement Program (CIP)
 Judicial Nominating Commission
 Certified Courtroom Interpreters
 Certified Shorthand Reporters
 Accessibility ADA
 
 
 
 
 
 
 
 
 Contact Us
 Careers
 Accessibility ADA